AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 2 3 2020

David J. Bradley, Clerk

United States of America )
v. )
Eduardo CISNEROS ) Case No. M-20-1945-M
YOB: 1988 )
USC )
) SEALED
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 12, 2020 - August 25, 2020 in the county of Jim Hogg in the
Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., § 841(a)(1) | Possession with Intent to Distribute approximately 77.2 grams of Methamphetamine, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A".

☑ Continued on the attached sheet.

Approved:
Robert Wills, AUSA
9/23/2020

_____
Complainant's signature

Kevin Buechner, Special Agent DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: September 23, 2020
      2:43 pm

_____
Judge's signature

City and state: McAllen, Texas                J. Scott Hacker, United States Magistrate Judge
Printed name and title

## Attachment "A"

On August 12, 2020, at approximately 1:00 p.m., DEA agents and the Texas Department of Transportation (DPS) CID initialed an operation to purchase illegal narcotics from the defendant, Eduardo CISNEROS. Shortly thereafter, agents drove to CISNEROS's residence located in Hebbronville, Texas and initiated surveillance. At approximately 1:37 p.m., surveillance units observed a Texas DPS CID undercover agent (hereafter referred to as UC), arrive in the alleyway of CISNEROS' residence.

Upon arrival, the UC exited the UC vehicle and proceeded into the back yard, fenced in portion of the property, and approach the back door of the residence. Contact was made by the UC with a male, later confirmed by the UC as CISNEROS. While at the residence, CISNEROS provided the UC with two (2) clear plastic baggies containing a white crystal substance and a white powdery substance.

Following the transaction, the UC departed the location and met with DPS and DEA agents at a neutral location. While at the neutral location, the UC provided DEA agents with the two (2) baggies; one bag containing suspected crystal methamphetamine and the other bag containing suspected cocaine. A field test was conducted for each exhibit, yielding positive results for methamphetamine and cocaine. Approximate weights were later determined to be 26.7g of suspected crystal methamphetamine, and 1.1g of suspected cocaine.

On August 25, 2020, at approximately 11:00 a.m., DEA agents and Texas Department of Transportation (DPS) CID established surveillance in the vicinity of CISNEROS' residence in Hebbronville, Texas in anticipation of an additional buy/walk operation.

At approximately 11:24 a.m., the UC was observed traveling to the alleyway of CISNEROS' residence. Upon arrival, the UC proceeded through the rear fenced in portion of the residence, and approach the back door. Contact was made by the UC with a male, later confirmed by the UC as CISNEROS. While at the residence, CISNEROS provided the UC with two (2) separate clear plastic baggies containing a white crystal substance and a white powdery substance.

Following the transaction, the UC departed the location and met with DPS and DEA agents at a neutral location. While at the neutral location, the UC provided DEA agents with the two (2) baggies; one bag containing suspected crystal methamphetamine and the other bag containing suspected cocaine. A field test was conducted for each exhibit, yielding positive results for methamphetamine and cocaine. Approximate weights were later determined to be 50.5g of suspected crystal methamphetamine, and 2.3g of suspected cocaine.

Aggregate weight from both buy/walk operations was shown to be approximately 77.2g of suspected crystal methamphetamine and 3.4g of suspected cocaine, purchased by the UC from CISNEROS. Care, custody, and control of all drug and non-drug exhibits were maintained and later processed in accordance with DEA policy.